**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Jesus GARCIA–FERNANDEZ,
Defendant–Appellant.**

No. 10–10194.

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 15, 2011.*

Filed Feb. 17, 2011.

Mark Willimann, Tucson, AZ, for Plaintiff–Appellee.

Liza M. Granoff, Esquire, Assistant U.S. Attorney, USTU–Office of The U.S. Attorney, Tucson, AZ, for Defendant–Appellant.

Before: CANBY, FERNANDEZ, and M. SMITH, Circuit Judges.

MEMORANDUM **

Jesus Garcia–Fernandez appeals from the 42–month sentence imposed following his guilty-plea conviction for attempted reentry after deportation, in violation of 8 U.S.C. § 1326. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Garcia–Fernandez contends that the district court erred in applying a 16–level "crime of violence" enhancement under U.S.S.G. § 2L1.2(b)(1)(a)(ii), based on his prior robbery conviction, in violation of California Penal Code § § 211 and 212.5(c). The district court did not err. *See United States v. Becerril–Lopez,* 541 F.3d 881, 890–93 (9th Cir.2008) (holding that a conviction under California Penal Code § 211 is categorically a "crime of violence" under the Guidelines). Moreover, even if the district court had erred, Garcia–Fernandez has not demonstrated that his substantial rights may have been affected. *See United States v. Waknine,* 543 F.3d 546, 552 (9th Cir.2008).

**AFFIRMED.**

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.